**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

D.F.D.,                         : No. 280 WAL 2014
                                     :
            Petitioner         :
                                       : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
        v.                             :
                                       :
                                       :
M.L.C.,                       :
                                       :
            Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.